**UNITED STATES PROBATION OFFICE**
**EASTERN DISTRICT OF NORTH CAROLINA**

Jay F. Neely
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601
Phone: 919-861-8672
Fax: 919-334-5322

**DATE:**   June 24, 2026

**FROM:**   Melissa K. Lunsmann
Supervisory U.S. Probation Officer

**SUBJECT:**   **PURDY, Amanda**
**Case No.: 5:24-CR-133-1D**
**<u>Request for Early Termination</u>**

**TO:**   James C. Dever III
United States District Judge

On August 20, 2024, Amanda Purdy was convicted of False Statements to an Entity Making a Federally Related Mortgage Loan, in violation of 18 U.S.C. § 1014. Ms. Purdy appeared in United States District Court for the Eastern District of North Carolina and received two months imprisonment, followed by three years of supervised release. She began supervision on November 29, 2024.

Ms. Purdy has performed satisfactorily on supervision. She has submitted to DNA testing and has not incurred any new criminal charges. Her case was evaluated as a low-risk supervision case and has been in our low-risk supervision program since April 23, 2025. All drug screens have been negative. Ms. Purdy is also gainfully employed and has satisfied all her monetary obligations. Her term of supervision is set to expire on November 28, 2027.

The probation office respectfully requests early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

---

☐   I agree with the recommendation and have signed the enclosed Order.
☐   I disagree with the recommendation. I will reconsider in _____ .
☐   I disagree with the recommendation. The defendant must serve the entire term of supervision.


_____          _____
James C. Dever III                                        Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
### EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

      **v.**                                     **Crim. No. 5:24-CR-133-1D**

**AMANDA PURDY**

On November 29, 2024, the above named began supervised release for a period of three years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Melissa K. Lunsmann
> Melissa K. Lunsmann
> Supervising U.S. Probation Officer
> 200 Williamsburg Pkwy, Unit 2
> Jacksonville, NC 28546-6762
> Phone: (910) 346-5105
> Executed On: June 24, 2026

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___2 5___ day of ___J une___, 2026.

                                                  James C. Dever III
                                                  U.S. District Judge